## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DON LEWIS**        *    **CIVIL ACTION NO. 24-1120**

**VERSUS**        *    **JUDGE ELDON E. FALLON**

**GREG BAKER, ET AL.**        *

\*    \*    \*    \*    \*    \*    \*

## ORDER

    The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 17), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly;

    **IT IS ORDERED** that plaintiff Don Lewis's 42 U.S.C. § 1983 complaint against defendants, Captain/Warden Greg Baker and Warden Jonathan Griffin, is **DISMISSED WITH PREJUDICE** for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

    New Orleans, Louisiana, this 20th day of October, 2025.

_____
THE HONORABLE ELDON E. FALLON

***PLEASE SEND A COPY TO***:
**Don Lewis**
22002042
St. John Parish Correctional Center
100 Deputy Barton Granier Dr.
Laplace, LA 70068
PRO SE